

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2019

No. 04-19-00291-CR

Zoila **FREIRE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2613
Honorable Frank J. Castro, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on May 29, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2019.

_____
Keith E. Hottle, Clerk of Court